[No. 18581-4-II.    Division Two.    August 29, 1996.]

TERI KIEHN, ET AL., *Respondents*, v. FELICIA
THOMSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-06156-4, James Marshall, J., entered
August 18, 1994. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Houghton, A.C.J., and
Bridgewater, J.

[No. 18928-3-II.    Division Two.    August 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
JOHN ROSADO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-03969-7, Thomas R. Sauriol, J., entered
December 5, 1994. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Houghton, A.C.J. and
Bridgewater, J.

[No. 19034-6-II.    Division Two.    August 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN
MARK MOEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 94-1-00167-1, Kenneth D. Williams, J.,
entered December 22, 1994. *Affirmed* by unpublished
opinion per Armstrong, J., concurred in by Houghton,
A.C.J., and Turner, J.